IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JENNIFER HADLEY,** | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION NO. 09-0566-CG-M |
| **BALDWIN COUNTY COMMISSION,** | ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the court's order entered this date, it is **ORDERED**, **ADJUDGED** and **DECREED** that **JUDGMENT** be and is hereby entered in favor defendant, Baldwin County Commission, and against plaintiff, Jennifer Hadley. Therefore, plaintiff's claims against said defendant are hereby **DISMISSED WITH PREJUDICE**.  Costs are to be taxed against the plaintiff.

**DONE and ORDERED** this 27th day of March, 2013.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE